**DOCKET NUMBER:** 24-cr-105

**CRIMINAL CAUSE FOR** pleading

**BEFORE CHERYL L. POLLAK, U.S.M.J.**    **DATE:** 12/5/2024    **TIME IN COURT:** 32 minutes

**DEFENDANT'S NAME:** Charles O. Parks III
X Present    ___ Not Present    ___ Custody    X Not Custody

**DEFENSE COUNSEL:** Jeffrey Steven Dahlberg
X Federal Defender    ___ CJA    ___ Retained

**A.U.S.A.:** Andrew David Reich    **PRETRIAL/PROBATION:**

**COURT REPORTER** ___    X **ESR OPERATOR** Kathryn Arnett    **LOG:** FTR 3:32-4:04

**INTERPRETER:** None    **LANGUAGE:** n/a

___ Arraignment
X Change of Plea Hearing (~*Util-Plea Entered*)
___ In Chambers Conference
___ Pre-Trial Conference
___ Initial Appearance
___ Status Conference
___ Telephone Conference
___ Jury Selection
___ Motion Hearing – evidentiary
___ Other Hearing:
___ Revocation of Probation – non-contested
___ Revocation of Probation – contested
___ Sentencing – non-evidentiary
___ Sentencing – contested
___ Revocation of Supervised Rel. – evidentiary
___ Revocation of Supervised Rel. – non-evidentiary
___ Voir Dire Begun
___ Voir Dire Held

X Case called
X Defendant:    Sworn    Informed of Rights
X Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
___ Waiver of Indictment Executed
X Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
X Court Finds Factual Basis for the Plea
X Sentencing Set for:    5/29/2025 @ 10:00 AM
X Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
___ Order of Excludable Delay Entered:    From ___    To ___
___ Order of Temporary Detention Entered

**TEXT**

Case called. Defendant Charles O. Parks III present with Counsel Jeffrey Steven Dahlberg. AUSA Andrew David Reich present for the government. Defendant consented to having plea taken by Magistrate Judge Pollak. Defendant pleads guilty to Count One of the Indictment (Wire Fraud, 18 U.S.C. § 1343). Judge Pollak recommends that Judge Komitee accept defendant's plea. Sentencing for defendant scheduled for 5/29/2025 @ 10:00 AM.

**UTILITIES**

| | | | |
|---|---|---|---|
| X   | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| _____ | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| X   | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |