UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

CHARLES O. PARKS III,
      also known as "CP3O,"

Defendant.

-------------------------------------------------------X

Docket 24-CR-105 (EK) (CLP)

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

    The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
United States Attorney
By AUSA

_____
Defendant's Attorney

Dated:   Brooklyn, New York
           December 5, 2024

S/ Cheryl L. Pollak
_____
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York