ADR
F. #2022R00177

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

CHARLES O. PARKS III,

           Defendant.

- - - - - - - - - - - - - - - - - - -X

ORDER ACCEPTING
GUILTY PLEA

Cr. No. 24-105 (EK) (CLP)

        Upon review of the transcript of the guilty plea that the defendant CHARLES O. PARKS III offered on December 5, 2024, before the Honorable Cheryl L. Pollak, United States Magistrate Judge, in the above-captioned matter, this Court finds that the defendant pleaded guilty knowingly and voluntarily, and that a factual basis supports the defendant's plea.

        IT IS HEREBY ORDERED that the defendant's guilty plea offered on December 5, 2024 before Judge Pollak is accepted.

Dated: Brooklyn, New York
      December 20, 2024

                              /s/ Eric Komitee
                              THE HONORABLE ERIC R. KOMITEE
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK