**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

May 15, 2025

By ECF and Email
The Honorable Eric Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Charles Parks, 24-cr-105 (EK)

Dear Judge Komitee:

    I write regarding the government's motion to quash the Rule 17(c) subpoenas issued by Your Honor in this case, and its accompanying request to "deny any forthcoming motion by the defendant to delay sentencing." ECF No. 34.

    The defense intends to respond to the government's motion by no later than tomorrow, May 16, 2025. We respectfully request that the Court defer ruling on the motion until the defense has had an opportunity to respond.

    Thank you for your consideration of this matter.

                                                            Respectfully Submitted,

                                                            /s/
                                                Jeffrey S. Dahlberg
                                                Samuel Jacobson
                                                 Counsel to Charles O. Parks III
                                                 Federal Defenders of New York Inc.

cc:    AUSA Andrew Reich (via ECF)