

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADR                          *271 Cadman Plaza East*
F. #2022R00177           *Brooklyn, New York 11201*

July 2, 2025

<u>By ECF</u>

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:    United States v. Charles O. Parks III
                   <u>Criminal Docket No. 24-105 (EK)</u>

Dear Judge Komitee:

         The government respectfully submits this letter in response to the Court's June 26, 2025 order directing the government to provide the Court and the defendant with certain discovery materials in advance of sentencing in the above matter, currently scheduled for July 25, 2025. The government is providing the below materials in electronic and paper copy.[1]

1. Relevant discovery letters previously provided to the defendant and filed on the docket concerning the below materials;

2. Relevant billing emails from Company-1 received by the defendant and produced to him in discovery on May 14, 2024;

3. Account information from Company-1 produced to the defendant on May 14, 2024, and account usage information from Company-1 produced to the defendant on July 18, 2024 (and reproduced to him on July 31, 2024 at his request);

4. Relevant billing emails from Company-2 received by the defendant and produced to him in discovery on May 14, 2024;

---

[1]    The materials include certain spreadsheets that contain thousands of rows of data and that are therefore too voluminous to print. Those spreadsheets have been omitted from the paper copies and are provided only in electronic form.

5. Billing credit emails from Company-2 received by the defendant and produced to him in discovery on May 14, 2024;

6. Account information from Company-2 produced to the defendant on May 14, 2024; and

7. Victim submissions made by Company-1 and Company-2 in connection with sentencing.

As described in the government's sentencing submission, *see* ECF No. 39, the defendant stole approximately $2,581,236.83 in Company-1's services and approximately $969,731.92 in Company-2's services, totaling over $3.5 million. A summary of the relevant invoices is below.

Company-1

| Month | Amount | First Invoiced |
|---|---|---|
| June | $955,925.81 | 7/2/2021[2] |
| July | $1,410,169.19 | 8/3/2021 |
| August | $215,141.83 | 9/3/2021 |
| **TOTAL:** | **$2,581,236.83** | |

Company-2

| Account | Invoice Number | Amount | First Invoiced |
|---|---|---|---|
| CP3O | G003431856 | $4,837.07 | 2/9/2021 |
| CP3O | G003428133 | $11,610.87 | 2/9/2021 |
| CP3O | G003407188 | $686.00 | 2/9/2021 |

---

[2] Each invoice received by the defendant from Company-1 contained a URL link with the message, "You can see a complete break down of all charges on the Billing & Cost Management page located here." While the government was unable to access those links, it did reach out to Company-1 for usage information underlying these bills and produced that information to the defendant in July 2024 as described above, including the document at Tab 3 of the enclosed materials bearing Bates number PARKS-005252.

| | | | |
|---|---|---|---|
| CP3O | G003400450 | $2,078.45 | 2/9/2021 |
| CP3O | G003393441 | $15,437.15 | 2/9/2021 |
| CP3O | G003397853 | $1,245.76 | 2/9/2021 |
| CP3O | G003362942 | $3,880.95 | 2/9/2021 |
| CP3O | G003362079 | $18,280.68 | 2/9/2021 |
| CP3O | G003337196 | $16,679.78 | 2/9/2021 |
| CP3O | G003313026 | $12,267.61 | 2/9/2021 |
| CP3O | G003308951 | $13,769.32 | 2/9/2021 |
| CP3O | G003307561 | $8,836.40 | 2/9/2021 |
| CP3O | G003302791 | $12,645.30 | 2/9/2021 |
| CP3O | G003449773 | $14,219.59 | 2/10/2021 |
| CP3O | G003598292 | $22,135.97 | 3/9/2021 |
| CP3O | G003530202 | $12,177.69 | 3/9/2021 |
| CP3O | G003500146 | $25,939.28 | 3/9/2021 |
| CP3O | G003626277 | $26,110.66 | 3/9/2021 |
| CP3O | G003615770 | $16,715.52 | 3/9/2021 |
| CP3O | G003547513 | $14,380.10 | 3/9/2021 |
| CP3O | G003485239 | $22,346.56 | 3/9/2021 |
| CP3O | G003578545 | $12,337.40 | 3/9/2021 |
| CP3O | G003654752 | $25,817.90 | 3/9/2021 |
| CP3O | G003614725 | $6,025.75 | 3/9/2021 |
| CP3O | G003499161 | $27,279.43 | 3/9/2021 |
| CP3O | G003495631 | $21,357.09 | 3/9/2021 |
| CP3O | G003687791 | $15,079.47 | 3/10/2021 |

4

| | | | |
|---|---|---|---|
| CP3O | G003685083 | $4,977.67 | 3/10/2021 |
| CP3O | G003675666 | $27,448.36 | 3/10/2021 |
| CP3O | G003670196 | $28,472.71 | 3/10/2021 |
| CP3O | G003644228 | $2,630.92 | 3/11/2021 |
| CP3O | G003642571 | $2,897.74 | 3/11/2021 |
| CP3O | G003504139 | $2,924.77 | 3/11/2021 |
| CP3O | G003496919 | $13,916.79 | 3/11/2021 |
| CP3O | G003600787 | $20,290.76 | 3/11/2021 |
| CP3O | G003499339 | $21,278.74 | 3/11/2021 |
| CP3O | G003563850 | $24,413.34 | 3/11/2021 |
| Multimillionaire | G003884848 | $229,635.17 | 4/9/2021 |
| Multimillionaire | G003986631 | $1,792.06 | 5/9/2021 |
| Multimillionaire | G003999180 | $2,401.63 | 5/9/2021 |
| Multimillionaire | G004115674 | $139,576.31 | 5/9/2021 |
| Multimillionaire | G004384409 | $71,182.37 | 6/9/2021 |

| Multimillionaire | G004720016 | $(5,380.61) | 6/25/2021 |
|---|---|---|---|
| Multimillionaire | G005006497 | $(2,904.56) | 7/14/2021[3] |
| | **TOTAL:** | **$969,731.92** | |

                                                           Respectfully submitted,

                                                          JOSEPH NOCELLA, JR.
                                                          United States Attorney

                              By:    /s/
                                      Andrew D. Reich
                                      Assistant U.S. Attorney
                                      (718) 254-7000

cc:    Clerk of Court (EK) (By ECF and Email)
       Counsel of Record (By ECF and Email)
       United States Probation Officer (By Email)

---

[3]     The two credits reflected at the end of this chart were made to the defendant after the defendant generally stopped using Company-2's services in furtherance of the scheme, and do not clearly relate back to particular invoices for earlier usage. Thus, the government includes these credits in its loss estimate. Alternatively, the remaining Company-2 credits that the defendant has cited in his submissions specifically align with particular invoices for the defendant's earlier usage in furtherance of the scheme. Thus, as stated in the government's sentencing memorandum, and as confirmed in Company-2's victim submission, the government's position is that those credits were write-offs that were made simply because Company-2 was unable to collect payment from the defendant and should therefore not be factored into the loss amount calculation.