**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

July 17, 2025

<u>By ECF and Email</u>
The Honorable Eric Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>United States v. Charles Parks</u>, 24-cr-105 (EK)

Dear Judge Komitee:

  We write to respectfully request an adjournment of Mr. Parks's sentencing, and the associated deadline for the defense to submit supplemental briefing regarding the loss amount for Sentencing Guidelines purposes, by a period of approximately three weeks. Mr. Parks's sentencing is currently scheduled for July 25, 2025. The government objects to this request.

  On June 26, 2025, the parties appeared before the Court for sentencing. At the outset of the hearing, the Court sought to clarify the parties' positions with respect to the loss calculation under U.S.S.G. § 2B1.1(b)(1). The Court ultimately adjourned sentencing by approximately one month and directed (1) the government to provide to the defense and to the Court all of the invoices and data it relied on in making its argument regarding the loss amount, and (2) the defense to provide a written submission by July 18 setting forth its position on the loss amount and proposed alternative loss calculation, if any. *See* ECF No. 45 (Transcript of June 26, 2025 Hearing).

  The defense has received the information the government provided in response to the Court's order. Although most, if not all, of the materials had been previously provided in discovery, the defense is working to more closely analyze that data with an eye towards loss amount in order to provide a clear and logical alternative loss calculation for the Court's consideration using the information available to us. This requires working through thousands of instances of cloud compute usage that are categorized into many different types, each with its own pricing structure. Accordingly, we need some additional time to review that data with Mr. Parks and finalize our submission. In addition, members of the defense team have had a number of deadlines in other cases in recent days that have required significant time.

2

If the Court grants our requested adjournment, the defense is available anytime between August 13 and August 25, 2025. The defense is unavailable from August 26-29, 2025 and September 2, 2025.

In the event the Court is not inclined to grant an adjournment, the defense respectfully requests in the alternative that the Court extend the deadline for the defense's supplemental filing to Tuesday, July 22, 2025.

Thank you for your consideration of this matter.

Respectfully Submitted,

/s/
Jeffrey S. Dahlberg
Samuel Jacobson
Counsel to Charles O. Parks III
Federal Defenders of New York Inc.

cc:    AUSA Andrew Reich (via ECF)
       USPO Jeremy Toner (via email)