UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHARLES O. PARKS, III,

Defendant.

Criminal Case No. 24-CR-105 (EK)

The Honorable Eric R. Komitee

_____

**MOTION TO PROCEED PRO SE**
**AND**
**MOTION FOR WITHDRAWAL OF COUNSEL**

TO THE HONORABLE ERIC R. KOMITEE, UNITED STATES DISTRICT JUDGE:

Charles O. Parks, III, the defendant in the above-captioned criminal case, respectfully moves this Court for an Order permitting him to proceed pro se (representing himself) and for the withdrawal of his current counsel, the Federal Defenders of New York, pursuant to the Sixth and Fourteenth Amendments to the United States Constitution and 28 U.S.C. § 1654.

**I. BACKGROUND**

Defendant Charles O. Parks, III is currently represented by two attorneys with the Federal Defenders of New York in this criminal matter. Defendant is scheduled for sentencing on August 13th, 2025, before this Honorable Court. Defendant now seeks to exercise his constitutional right to self-representation for the remainder of these proceedings, including sentencing.

## II. LEGAL STANDARD

The United States Supreme Court has held that the Sixth Amendment to the Constitution guarantees a criminal defendant the right to conduct his own defense and to waive the assistance of counsel when he "voluntarily and intelligently elects to do so." Faretta v. California, 422 U.S. 806, 807 (1975). This right is also codified in federal law at 28 U.S.C. § 1654, which provides that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel."

The right to self-representation, however, is not absolute. A defendant seeking to waive counsel must make the request knowingly, voluntarily, and intelligently. Iowa v. Tovar, 541 U.S. 77, 80-81 (2004). The court must ensure that the defendant understands: (1) the nature of the charges; (2) the possible penalties; (3) the dangers and disadvantages of self-representation; and (4) that the defendant is competent to make the choice. See Indiana v. Edwards, 554 U.S. 164, 171-72 (2008).

## III. DEFENDANT'S REQUEST TO PROCEED PRO SE

Defendant Charles O. Parks, III hereby requests permission to represent himself pro se in the remaining proceedings in this case. Defendant makes this request knowingly, voluntarily, and intelligently, understanding the consequences of waiving his right to counsel.

### A. Defendant's Background and Competence

Defendant is competent to make this decision and to represent himself. Defendant graduated high school with Honors, completed over 180 hours of collegiate-level courses, and holds 60 current certifications. Defendant has electronic access to multiple legal resource platforms, and has physical access to the Creighton University Law Library.

### B. Defendant's Understanding of the Charges and Potential Penalties

Defendant fully understands the nature of the charges against him in Criminal Case No. 24-CR-105 and the potential penalties he faces. Defendant has been informed by his current counsel of all aspects of his case and potential sentencing exposure.

### C. Defendant's Understanding of the Dangers and Disadvantages of Self-Representation

Defendant understands that by representing himself, he will be required to comply with all applicable rules of evidence and procedure, and that the Court will not provide him with special treatment or assistance because he is proceeding pro se. Defendant understands that he will not have the benefit of legal training and experience that an attorney would provide. Defendant further understands that proceeding pro se may disadvantage him in these proceedings.

**D. Defendant's Waiver is Knowing, Voluntary, and Intelligent**

Despite understanding the disadvantages of self-representation, Defendant voluntarily chooses to proceed pro se. This decision is made freely and without coercion from any party. Should the Court deem it necessary, Defendant agrees to appear for a Faretta hearing at the beginning of the next scheduled Court appearance on August 13th, 2025.

## IV. MOTION FOR WITHDRAWAL OF CURRENT COUNSEL

Respectfully, Defendant also moves for the withdrawal of his current counsel, the Federal Defenders of New York. This request is made in conjunction with Defendant's desire to proceed pro se.

Local Rule 1.4 of the Eastern District of New York provides that "[a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order." Given Defendant's constitutional right to proceed pro se, withdrawal of counsel is appropriate to effectuate Defendant's exercise of this right.

## V. TIMING OF THIS MOTION

This Motion is filed in advance of Defendant's scheduled sentencing on August 13th, 2025, providing adequate time for the Court to consider this request and, if granted, for Defendant to prepare for the sentencing proceeding.

## VI. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Honorable Court grant his Motion to Proceed Pro Se and his Motion for Withdrawal of Counsel, and issue an Order:

1. Permitting Defendant Charles O. Parks, III to proceed pro se in all remaining proceedings in this case;

2. Granting the withdrawal of the Federal Defenders of New York as counsel for Defendant;

3. Ensuring that Defendant's contact information is updated in the Court's records for all future notices and communications; and

4. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

*Charles O. Parks III*

Charles O. Parks, III

Defendant Pro Se

5415 Himebaugh Ave

Omaha, NE 68104

(402) 590-7340

charles@3portfol.io

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Proceed Pro Se and Motion for Withdrawal of Counsel was served upon all parties by the method(s) indicated below:

Federal Defenders of New York, via e-mail:

Jeffrey Dahlbery, jeff_dahlberg@fd.org

Samuel Jacobson, samuel_i_jacobson@fd.org

United States Attorney's Office, via e-mail:

Andrew Reich, andrew.reich@usdoj.gov

Dated: August 1st, 2025

*Charles O. Parks III*

Charles O. Parks, III

Defendant Pro Se