# EXHIBIT B

| Date/Time | Account | Type | Status | Col5 | Amount | Currency | Description | Balance | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 1/7/2021 20:53 | USD Wallet | Withdrawal | Complete | 0 | -272.06 | USD | Not a Pro Transfer | -5076.1 | PayPal - p***0@cp3o.com |
| 1/9/2021 9:37 | USD Wallet | Withdrawal | Complete | 0 | -115.84 | USD | Not a Pro Transfer | 5386.27 | bc229ba3c4abef4672a0ae0662e9fed7103cdccee3101a30b2ab49b2006198c7 |
| 1/9/2021 19:38 | USD Wallet | Withdrawal | Complete | 0 | -141.86 | USD | Not a Pro Transfer | -5387.23 | |
| 1/10/2021 23:47 | USD Wallet | Withdrawal | Complete | 0 | -308.33 | USD | Not a Pro Transfer | 71.97 | b2d2d6aa83be47e87713fd36f5c8e8bc1df83735c33333a5b6f78aa7b7a414c7 |
| 1/11/2021 5:29 | USD Wallet | Withdrawal | Complete | 0 | -129.53 | USD | Not a Pro Transfer | -72.16 | |
| 1/11/2021 6:27 | USD Wallet | Withdrawal | Complete | 0 | -39.44 | USD | Not a Pro Transfer | 5374.99 | |
| 1/11/2021 19:55 | USD Wallet | Withdrawal | Complete | 0 | -107.85 | USD | Not a Pro Transfer | -1000 | PayPal - p***0@cp3o.com |
| 1/12/2021 21:05 | USD Wallet | Withdrawal | Complete | 0 | -231.9 | USD | Not a Pro Transfer | 5175.95 | b5e44fa0c5b6ed7ef57b8e346d93ed96c91d43150a78be419a941f5b88649a69 |
| 1/13/2021 20:23 | USD Wallet | Withdrawal | Complete | 0 | -360.68 | USD | Not a Pro Transfer | -5173.71 | |
| 1/13/2021 22:59 | USD Wallet | Withdrawal | Complete | 0 | -50.78 | USD | Not a Pro Transfer | 5200.06 | |
| 1/15/2021 0:03 | USD Wallet | Withdrawal | Complete | 0 | -584.76 | USD | Not a Pro Transfer | -8575.05 | 4504********0627 |
| 1/15/2021 9:55 | USD Wallet | Withdrawal | Complete | 0 | -44.92 | USD | Not a Pro Transfer | 80.5 | 7a4861c2f3fdf7cb6763e016915f417b9f9196478d30d1de787028f3914669d5 |
| 1/15/2021 15:58 | USD Wallet | Withdrawal | Complete | 0 | -38.38 | USD | Not a Pro Transfer | -1000 | PayPal - p***0@cp3o.com |
| 1/15/2021 20:17 | USD Wallet | Withdrawal | Complete | 0 | -1049.73 | USD | Not a Pro Transfer | 5931.5 | 35f967030e74e549a3895d4aed666c458fb936695e3504eec1cadbc346123d33 |
| 1/16/2021 19:37 | USD Wallet | Withdrawal | Complete | 0 | -1101.98 | USD | Not a Pro Transfer | -5986.54 | |
| 1/17/2021 19:41 | USD Wallet | Withdrawal | Complete | 0 | -1258.83 | USD | Not a Pro Transfer | -81.77 | |
| 1/18/2021 19:59 | USD Wallet | Withdrawal | Complete | 0 | -1927.91 | USD | Not a Pro Transfer | 6082.68 | |
| 1/19/2021 19:51 | USD Wallet | Withdrawal | Complete | 0 | -2480.36 | USD | Not a Pro Transfer | -6082.68 | 4504********0627 |
| 1/20/2021 19:56 | USD Wallet | Withdrawal | Complete | 0 | -2407.59 | USD | Not a Pro Transfer | 6965.66 | e0e317872d17f4e0500b1927bbc900730652f93fee66e18f7b1e0c6747b28746 |
| 1/21/2021 20:07 | USD Wallet | Withdrawal | Complete | 0 | -3619.89 | USD | Not a Pro Transfer | -6940.42 | |
| 1/22/2021 22:42 | USD Wallet | Withdrawal | Complete | 0 | -3786.04 | USD | Not a Pro Transfer | 75 | |
| 1/23/2021 21:59 | USD Wallet | Withdrawal | Complete | 0 | -3581.21 | USD | Not a Pro Transfer | -75 | Wells Fargo:****0476 |
| 1/24/2021 21:04 | USD Wallet | Withdrawal | Complete | 0 | -4321.8 | USD | Not a Pro Transfer | 1000 | |
| 1/25/2021 21:37 | USD Wallet | Withdrawal | Complete | 0 | -4302.35 | USD | Not a Pro Transfer | -1000 | PayPal - p***0@cp3o.com |
| 1/27/2021 1:51 | USD Wallet | Withdrawal | Complete | 0 | -4064.26 | USD | Not a Pro Transfer | 5868.79 | 3ffed8bf259eb50e8b9fc983a21458a8d9d64f2e01d41380a2f8ead8cec43f88 |
| 1/27/2021 23:33 | USD Wallet | Withdrawal | Complete | 0 | -4377.91 | USD | Not a Pro Transfer | -5849.96 | |
| 1/28/2021 9:53 | USD Wallet | Withdrawal | Complete | 0 | -323.97 | USD | Not a Pro Transfer | 11729.36 | |
| 1/28/2021 22:51 | USD Wallet | Withdrawal | Complete | 0 | -4760.85 | USD | Not a Pro Transfer | -11729.36 | Wells Fargo:****0476 |
| 1/29/2021 20:53 | USD Wallet | Withdrawal | Complete | 0 | -5547.46 | USD | Not a Pro Transfer | 137.19 | a1164fe899d0bca169563ba4c6eaafcccdb93f901d3e92c34f77725212e92166 |
| 1/30/2021 21:27 | USD Wallet | Withdrawal | Complete | 0 | -5255.23 | USD | Not a Pro Transfer | -137.89 | |
| 1/31/2021 21:22 | USD Wallet | Withdrawal | Complete | 0 | -5975.31 | USD | Not a Pro Transfer | 5512.92 | 9dc1a44e0f7f9465a875406eff59436a0eebd6aea6165b6a8c039ec008e3bc2c |
| 2/1/2021 21:22 | USD Wallet | Withdrawal | Complete | 0 | -6846.76 | USD | Not a Pro Transfer | -5502.17 | |
| 2/2/2021 22:04 | USD Wallet | Withdrawal | Complete | 0 | -8529.52 | USD | Not a Pro Transfer | 5630.82 | |
| 2/3/2021 21:49 | USD Wallet | Withdrawal | Complete | 0 | -8802.41 | USD | Not a Pro Transfer | -5630.82 | Wells Fargo:****0476 |
| 2/4/2021 21:42 | USD Wallet | Withdrawal | Complete | 0 | -8955.37 | USD | Not a Pro Transfer | 4981.82 | 36443ec7f38ac9058537a4b16f7e8041e984724f026a75d7386307f4ebdee851 |
| 2/5/2021 22:03 | USD Wallet | Withdrawal | Complete | 888 | -9999 | USD | Not a Pro Transfer | -4980.27 | |
| 2/5/2021 22:04 | USD Wallet | Withdrawal | Complete | 0 | -888 | USD | Not a Pro Transfer | 4948.66 | |
| 2/6/2021 23:51 | USD Wallet | Withdrawal | Complete | 0 | -7677.88 | USD | Not a Pro Transfer | -4948.66 | Wells Fargo:****0476 |
| 2/7/2021 22:21 | USD Wallet | Withdrawal | Complete | 0 | -7936.11 | USD | Not a Pro Transfer | 4898.83 | beb2c9ce2499928adac5b93f95ab39340b2edcc94e2f1fa70e04a6f258ffe77f |
| 2/8/2021 22:48 | USD Wallet | Withdrawal | Complete | 441.04 | -9999 | USD | Not a Pro Transfer | -4879.52 | |
| 2/8/2021 22:49 | USD Wallet | Withdrawal | Complete | 0 | -441.04 | USD | Not a Pro Transfer | 4827.01 | 5277a9fa35093dd35e7e381dc8abda230a1461e6a806a9365e4a03538b092cff |
| 2/9/2021 22:25 | USD Wallet | Withdrawal | Complete | 285.83 | -9999 | USD | Not a Pro Transfer | -4834.77 | |
| 2/9/2021 22:25 | USD Wallet | Withdrawal | Complete | 0 | -285.83 | USD | Not a Pro Transfer | 100.5 | 35b616eb1c29e7a27c30a29db944251c784be8761ff62a74e116d41569136230 |
| 2/11/2021 0:28 | USD Wallet | Withdrawal | Complete | 0 | -8940.67 | USD | Not a Pro Transfer | -100.38 | |
| 2/11/2021 22:34 | USD Wallet | Withdrawal | Complete | 0 | -8820.1 | USD | Not a Pro Transfer | 6144.55 | c518784d6dfcda9f9bbc06dc5668d34c533ffe56f61e757a700c43401f459cfd |
| 2/12/2021 22:47 | USD Wallet | Withdrawal | Complete | 0 | -8652.18 | USD | Not a Pro Transfer | -6105.31 | |
| 2/13/2021 23:34 | USD Wallet | Withdrawal | Complete | 0 | -8657.65 | USD | Not a Pro Transfer | 16176.84 | |
| 2/15/2021 1:01 | USD Wallet | Withdrawal | Complete | 0 | -8501.86 | USD | Not a Pro Transfer | -16176.84 | Wells Fargo:****0476 |
| 2/15/2021 22:57 | USD Wallet | Withdrawal | Complete | 0 | -8082.4 | USD | Not a Pro Transfer | 6515.58 | 807e1759271537d080fd42da421233ca0d200c0869a133cf07366b8362774f69 |
| 2/16/2021 22:47 | USD Wallet | Withdrawal | Complete | 0 | -7697.11 | USD | Not a Pro Transfer | -6496.46 | |
| 2/18/2021 2:24 | USD Wallet | Withdrawal | Complete | 0 | -8809.73 | USD | Not a Pro Transfer | 6470.02 | |
| 2/18/2021 23:13 | USD Wallet | Withdrawal | Complete | 0 | -7772.28 | USD | Not a Pro Transfer | -6470.02 | Wells Fargo:****0476 |
| 2/19/2021 23:01 | USD Wallet | Withdrawal | Complete | 0 | -7949.59 | USD | Not a Pro Transfer | 104.51 | 6ec9fb5dd9552a7a1613c3a21009488b3d0bf67157a61f0f4f681d04c818754e |

| Date | Account | Type | Status | Col | Amount | Currency | Transfer | Balance | Note |
|---|---|---|---|---|---|---|---|---|---|
| 2/20/2021 23:22 | USD Wallet | Withdrawal | Complete | 0 | -7392.65 | USD | Not a Pro Transfer | -104.37 | |
| 2/21/2021 23:26 | USD Wallet | Withdrawal | Complete | 0 | -6124.96 | USD | Not a Pro Transfer | 6306.91 | c449d2bdf5589f6e66fc2131b5fe2d65f21bf5e7293b4b83c63f1dbf50eb38c5 |
| 2/22/2021 23:06 | USD Wallet | Withdrawal | Complete | 0 | -8545.73 | USD | Not a Pro Transfer | -6344.64 | |
| 2/23/2021 23:06 | USD Wallet | Withdrawal | Complete | 0 | -8500.29 | USD | Not a Pro Transfer | 6442.48 | |
| 2/24/2021 23:58 | USD Wallet | Withdrawal | Complete | 0 | -6069.64 | USD | Not a Pro Transfer | -6442.48 | Wells Fargo:****0476 |
| 2/26/2021 0:03 | USD Wallet | Withdrawal | Complete | 0 | -4521.85 | USD | Not a Pro Transfer | 6110.59 | bfa66bba85bb70dda7222aeee0f7044a38c5766ae68e4efe1c10bf46b8504647 |
| 2/27/2021 10:01 | USD Wallet | Withdrawal | Complete | 0 | -4565.68 | USD | Not a Pro Transfer | -6125.95 | |
| 3/1/2021 6:16 | USD Wallet | Withdrawal | Complete | 0 | -8734.12 | USD | Not a Pro Transfer | 6148.72 | |
| 3/1/2021 23:52 | USD Wallet | Withdrawal | Complete | 0 | -4262.68 | USD | Not a Pro Transfer | -6148.72 | Wells Fargo:****0476 |
| 3/2/2021 23:48 | USD Wallet | Withdrawal | Complete | 0 | -4399.39 | USD | Not a Pro Transfer | 5845.56 | 3b6e9b594e8d435f5e91d8678c1300bc39ce165d9783bcba058e866cdda82132 |
| 3/4/2021 1:56 | USD Wallet | Withdrawal | Complete | 0 | -5388.67 | USD | Not a Pro Transfer | -5850.15 | |
| 3/5/2021 0:00 | USD Wallet | Withdrawal | Complete | 0 | -2144.42 | USD | Not a Pro Transfer | 5837.66 | |
| 3/6/2021 6:26 | USD Wallet | Withdrawal | Complete | 0 | -624.46 | USD | Not a Pro Transfer | -5837.66 | Wells Fargo:****0476 |
| 3/8/2021 6:20 | USD Wallet | Withdrawal | Complete | 0 | -1453.29 | USD | Not a Pro Transfer | 5929.08 | 4cdc2af2ab8fd5cd50b63b4c20e01bd8c7bef90a8c90102f18060bf54ca31991 |
| 3/8/2021 23:59 | USD Wallet | Withdrawal | Complete | 0 | -1268.22 | USD | Not a Pro Transfer | -5918.56 | |
| 3/10/2021 3:18 | USD Wallet | Withdrawal | Complete | 0 | -1996.28 | USD | Not a Pro Transfer | 6118.28 | a381cd8a2968fad87406943c992b34f0b2349bda6e387b8e6b1ca438e4c85108 |
| 3/11/2021 1:36 | USD Wallet | Withdrawal | Complete | 0 | -2777.17 | USD | Not a Pro Transfer | -6120.98 | |
| 3/12/2021 1:27 | USD Wallet | Withdrawal | Complete | 0 | -3953.43 | USD | Not a Pro Transfer | 136.36 | 1c90e03a18d9c1b1ef0e3e74acfd390a9a612c477b54ca2665730e548d8c1ad0 |
| 3/13/2021 1:19 | USD Wallet | Withdrawal | Complete | 0 | -4702.5 | USD | Not a Pro Transfer | -136.22 | |
| 3/14/2021 0:30 | USD Wallet | Withdrawal | Complete | 0 | -5290.6 | USD | Not a Pro Transfer | 5889.7 | 2e2c8b248aec9dba938db18cc2254e4934bb65c8ebc427b1aacc3a1dba83a678 |
| 3/15/2021 1:23 | USD Wallet | Withdrawal | Complete | 0 | -5569.27 | USD | Not a Pro Transfer | -5869.22 | |
| 3/16/2021 1:22 | USD Wallet | Withdrawal | Complete | 0 | -6120.7 | USD | Not a Pro Transfer | 18043.53 | |
| 3/17/2021 3:48 | USD Wallet | Withdrawal | Complete | 0 | -6969.58 | USD | Not a Pro Transfer | -18043.53 | Wells Fargo:****0476 |
| 3/18/2021 1:52 | USD Wallet | Withdrawal | Complete | 0 | -5823.35 | USD | Not a Pro Transfer | 7075.66 | e39ff7bfbbc8107b9b2a3a97521fa3a9350c589376d23a043bb5e7e54c6116d1 |
| 3/19/2021 11:49 | USD Wallet | Withdrawal | Complete | 0 | -5317.88 | USD | Not a Pro Transfer | -7064.37 | |
| 3/20/2021 6:35 | USD Wallet | Withdrawal | Complete | 0 | -4535.87 | USD | Not a Pro Transfer | 81.16 | b256b61194c62b2d1cc36de4beaf811c67e07d5afdd3b4377a742f35e5d04596 |
| 3/21/2021 10:04 | USD Wallet | Withdrawal | Complete | 0 | -4304.39 | USD | Not a Pro Transfer | -81.61 | |
| 3/22/2021 2:19 | USD Wallet | Withdrawal | Complete | 0 | -4175.31 | USD | Not a Pro Transfer | 7091.25 | |
| 3/23/2021 4:25 | USD Wallet | Withdrawal | Complete | 0 | -4910.76 | USD | Not a Pro Transfer | -7091.25 | Wells Fargo:****0476 |
| 3/24/2021 6:29 | USD Wallet | Withdrawal | Complete | 0 | -5079.64 | USD | Not a Pro Transfer | 6952.03 | 61ea7c2c68b614ed512862884201e424cdc714b1f75e5824c15e25e99f157035 |
| 3/25/2021 5:34 | USD Wallet | Withdrawal | Complete | 0 | -4534.58 | USD | Not a Pro Transfer | -6947.84 | |
| 3/26/2021 6:10 | USD Wallet | Withdrawal | Complete | 0 | -4541.42 | USD | Not a Pro Transfer | 6936.17 | |
| 3/27/2021 5:31 | USD Wallet | Withdrawal | Complete | 0 | -4095.78 | USD | Not a Pro Transfer | -6936.17 | Wells Fargo:****0476 |
| 3/28/2021 9:46 | USD Wallet | Withdrawal | Complete | 0 | -3899.65 | USD | Not a Pro Transfer | 6070.7 | ba07e07302585f08c82a1b6d63f9126fc49e56ae3fc05146996d36a765f9e035 |
| 3/29/2021 21:55 | USD Wallet | Withdrawal | Complete | 0 | -3620.53 | USD | Not a Pro Transfer | -6080.95 | |
| 3/30/2021 5:08 | USD Wallet | Withdrawal | Complete | 0 | -4136.88 | USD | Not a Pro Transfer | 6018.07 | |
| 3/31/2021 5:22 | USD Wallet | Withdrawal | Complete | 0 | -4961.49 | USD | Not a Pro Transfer | -6018.07 | Wells Fargo:****0476 |
| 4/1/2021 5:06 | USD Wallet | Withdrawal | Complete | 0 | -5104.53 | USD | Not a Pro Transfer | 77.09 | 00c5f7a26d8e09dfa4afb055dd91a0b4da95293b9994dd04167fcc2f0b529908 |
| 4/2/2021 8:59 | USD Wallet | Withdrawal | Complete | 0 | -5222.33 | USD | Not a Pro Transfer | -76.93 | |
| 4/4/2021 8:25 | USD Wallet | Withdrawal | Complete | 0 | -9403.98 | USD | Not a Pro Transfer | 6244.77 | b96c45f9de87560ecec495a833b9dd64b053f919990530e362756cc7c4492797 |
| 4/5/2021 12:34 | USD Wallet | Withdrawal | Complete | 0 | -4181.74 | USD | Not a Pro Transfer | -6262.37 | |
| 4/6/2021 5:49 | USD Wallet | Withdrawal | Complete | 0 | -4525.33 | USD | Not a Pro Transfer | 6332.8 | |
| 4/7/2021 8:32 | USD Wallet | Withdrawal | Complete | 0 | -4459.89 | USD | Not a Pro Transfer | -6332.8 | Wells Fargo:****0476 |
| 4/8/2021 9:10 | USD Wallet | Withdrawal | Complete | 0 | -4148.85 | USD | Not a Pro Transfer | 5456.14 | 646feb409c7e970cd2b2a44e32b9330db7a925ac3091279caff9aeef31753bc9 |
| 4/9/2021 15:58 | USD Wallet | Withdrawal | Complete | 0 | -4036.95 | USD | Not a Pro Transfer | -5457.48 | |
| 4/10/2021 14:07 | USD Wallet | Withdrawal | Complete | 0 | -4236.72 | USD | Not a Pro Transfer | 5431.12 | |
| 4/12/2021 10:19 | USD Wallet | Withdrawal | Complete | 0 | -7448.95 | USD | Not a Pro Transfer | -5431.12 | PayPal - p***0@cp3o.com |
| 4/13/2021 15:50 | USD Wallet | Withdrawal | Complete | 0 | -4095.05 | USD | Not a Pro Transfer | 78.21 | abd4b86ec4caa754214b72a11115b8d1b69fd407fd2af5d951c1fa5347094abc |
| 4/13/2021 16:01 | USD Wallet | Withdrawal | Complete | 0 | -4095.05 | USD | Not a Pro Transfer | 5459.95 | 02f24177c33a24cd08955629f272cbf571c912cccc182856e803254695058d98 |
| 4/16/2021 11:11 | USD Wallet | Withdrawal | Complete | 2517.54 | -10000 | USD | Not a Pro Transfer | -5460.35 | |
| 4/16/2021 11:12 | USD Wallet | Withdrawal | Complete | 0 | -2517.54 | USD | Not a Pro Transfer | -78.07 | |
| 4/19/2021 5:00 | USD Wallet | Withdrawal | Complete | 2808.66 | -10000 | USD | Not a Pro Transfer | 5527.35 | |
| 4/19/2021 5:01 | USD Wallet | Withdrawal | Complete | 0 | -2808.66 | USD | Not a Pro Transfer | -5527.35 | PayPal - p***0@cp3o.com |

| Date | Account | Type | Status | Fee | Amount | Currency | Transfer Type | Balance | PayPal | Hash |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/20/2021 5:30 | USD Wallet | Withdrawal | Complete | 0 | -5107.83 | USD | Not a Pro Transfer | 5238.04 | | fe8871bc9f1efc50e84c6b4fb014183c2f607c1a7d7e8c7399974d84751464e5 |
| 4/21/2021 8:55 | USD Wallet | Withdrawal | Complete | 0 | -5182.21 | USD | Not a Pro Transfer | -5242.74 | | |
| 4/22/2021 8:52 | USD Wallet | Withdrawal | Complete | 0 | -4721.45 | USD | Not a Pro Transfer | 5244.64 | | |
| 4/23/2021 4:58 | USD Wallet | Withdrawal | Complete | 0 | -4007.97 | USD | Not a Pro Transfer | -5244.64 | PayPal - p***0@cp3o.com | |
| 4/24/2021 9:24 | USD Wallet | Withdrawal | Complete | 0 | -3343.62 | USD | Not a Pro Transfer | 5222.91 | | |
| 4/25/2021 7:02 | USD Wallet | Withdrawal | Complete | 0 | -2807.86 | USD | Not a Pro Transfer | -5222.91 | PayPal - p***0@cp3o.com | |
| 4/26/2021 7:39 | USD Wallet | Withdrawal | Complete | 0 | -3276.98 | USD | Not a Pro Transfer | 5684.82 | | 4b01b390d4b9bae5e903dbd27df40e47db72f09fcba10426c1daca35155d6d5a |
| 4/27/2021 7:36 | USD Wallet | Withdrawal | Complete | 0 | -3968.02 | USD | Not a Pro Transfer | -5679.07 | | |
| 4/28/2021 5:59 | USD Wallet | Withdrawal | Complete | 0 | -4267.38 | USD | Not a Pro Transfer | 5688.79 | | |
| 4/29/2021 6:59 | USD Wallet | Withdrawal | Complete | 0 | -4083.59 | USD | Not a Pro Transfer | -5688.79 | PayPal - p***0@cp3o.com | |
| 4/30/2021 6:10 | USD Wallet | Withdrawal | Complete | 0 | -3860.11 | USD | Not a Pro Transfer | 5977.31 | | 131b1173794a04133613f42a1ecfb713c16e3fc774e45ffb6fb1cbd7383d62b6 |
| 5/1/2021 5:01 | USD Wallet | Withdrawal | Complete | 0 | -4382.35 | USD | Not a Pro Transfer | -5962.14 | | |
| 5/2/2021 10:00 | USD Wallet | Withdrawal | Complete | 0 | -3868.32 | USD | Not a Pro Transfer | 48.2 | | 5670956b1d020d5dc995c58243805b07facaf2d2c60cc97f5dc814da4249801b |
| 5/3/2021 8:42 | USD Wallet | Withdrawal | Complete | 0 | -4453.33 | USD | Not a Pro Transfer | -48.33 | | |
| 5/4/2021 6:28 | USD Wallet | Withdrawal | Complete | 0 | -5472.28 | USD | Not a Pro Transfer | 6010.8 | | |
| 5/5/2021 4:43 | USD Wallet | Withdrawal | Complete | 0 | -3759.2 | USD | Not a Pro Transfer | -6010.8 | PayPal - p***0@cp3o.com | |
| 5/6/2021 6:23 | USD Wallet | Withdrawal | Complete | 0 | -4072.79 | USD | Not a Pro Transfer | 5659.86 | | 45a41884025111c6cc9d495d96d5266ee064b4c48a4ec925e09cb906e6ebe04f |
| 5/7/2021 6:10 | USD Wallet | Withdrawal | Complete | 0 | -3995.69 | USD | Not a Pro Transfer | -5645.79 | | |
| 5/8/2021 11:17 | USD Wallet | Withdrawal | Complete | 0 | -4508.46 | USD | Not a Pro Transfer | 48.36 | | a002290e5b84f990060e7ecbac77b4301bf9532b17a37e1754aaeabae0b8114e |
| 5/9/2021 7:03 | USD Wallet | Withdrawal | Complete | 0 | -6341.59 | USD | Not a Pro Transfer | -48.4 | | |
| 5/10/2021 8:07 | USD Wallet | Withdrawal | Complete | 0 | -6442.83 | USD | Not a Pro Transfer | 5657.53 | | |
| 5/11/2021 6:10 | USD Wallet | Withdrawal | Complete | 0 | -8746.86 | USD | Not a Pro Transfer | -5657.53 | PayPal - p***0@cp3o.com | |
| 5/12/2021 7:19 | USD Wallet | Withdrawal | Complete | 0 | -8962.32 | USD | Not a Pro Transfer | 5521.87 | | c9250b502addc98a9c59eccd31eccf0ec9e60ecea36e9143f85feee102624ef1 |
| 5/13/2021 6:35 | USD Wallet | Withdrawal | Complete | 0 | -8580.94 | USD | Not a Pro Transfer | -5518.77 | | |
| 5/14/2021 6:56 | USD Wallet | Withdrawal | Complete | 0 | -6227.16 | USD | Not a Pro Transfer | 23.49 | | e5f71f9987c92279bb8f0d0b523a83cbab0923f1caf9ca1938673a82fbaf3dca |
| 5/15/2021 6:44 | USD Wallet | Withdrawal | Complete | 0 | -5582.27 | USD | Not a Pro Transfer | -23.53 | | |
| 5/16/2021 10:02 | USD Wallet | Withdrawal | Complete | 0 | -4367.39 | USD | Not a Pro Transfer | 5523.8 | | |
| 5/17/2021 7:02 | USD Wallet | Withdrawal | Complete | 0 | -4412.13 | USD | Not a Pro Transfer | -5523.8 | PayPal - p***0@cp3o.com | |
| 5/18/2021 7:02 | USD Wallet | Withdrawal | Complete | 0 | -3940.19 | USD | Not a Pro Transfer | 4977.32 | | fbfe7cc8f9b1428b0e12e490e7eb6f2a6192d6fa7d805adba8fecf09cd6706b3 |
| 5/19/2021 16:12 | USD Wallet | Withdrawal | Complete | 0 | -2536.54 | USD | Not a Pro Transfer | -4976.69 | | |
| 5/20/2021 6:49 | USD Wallet | Withdrawal | Complete | 0 | -956.69 | USD | Not a Pro Transfer | 4954.08 | | |
| 5/24/2021 9:49 | USD Wallet | Withdrawal | Complete | 0 | -1760.31 | USD | Not a Pro Transfer | -4954.08 | PayPal - p***0@cp3o.com | |
| 5/25/2021 8:13 | USD Wallet | Withdrawal | Complete | 0 | -492.07 | USD | Not a Pro Transfer | 4740.93 | | 0ca21d4c1211357b41a45a4f5a49b94517055caab121f2acdb4ea5dfa4b794ba |
| 5/26/2021 16:46 | USD Wallet | Withdrawal | Complete | 0 | -408.24 | USD | Not a Pro Transfer | -4747.5 | | |
| 5/27/2021 10:56 | USD Wallet | Withdrawal | Complete | 0 | -358.13 | USD | Not a Pro Transfer | 4741.78 | | |
| 5/28/2021 8:30 | USD Wallet | Withdrawal | Complete | 0 | -455.3 | USD | Not a Pro Transfer | -4741.78 | PayPal - p***0@cp3o.com | |
| 5/29/2021 12:36 | USD Wallet | Withdrawal | Complete | 0 | -318.33 | USD | Not a Pro Transfer | 4739.82 | | |
| 5/30/2021 12:31 | USD Wallet | Withdrawal | Complete | 0 | -305.29 | USD | Not a Pro Transfer | -4739.82 | PayPal - p***0@cp3o.com | |
| 5/31/2021 8:44 | USD Wallet | Withdrawal | Complete | 0 | -304.87 | USD | Not a Pro Transfer | 5094.1 | | |
| 5/31/2021 15:05 | USD Wallet | Withdrawal | Complete | 0 | -129.24 | USD | Not a Pro Transfer | -5094.1 | PayPal - p***0@cp3o.com | |
| 6/1/2021 8:18 | USD Wallet | Withdrawal | Complete | 0 | -325.17 | USD | Not a Pro Transfer | 5591.43 | | |
| 6/2/2021 9:18 | USD Wallet | Withdrawal | Complete | 0 | -351.58 | USD | Not a Pro Transfer | -5591.43 | PayPal - p***0@cp3o.com | |
| 6/3/2021 8:17 | USD Wallet | Withdrawal | Complete | 0 | -493.47 | USD | Not a Pro Transfer | 5810.04 | | |
| 6/3/2021 9:42 | USD Wallet | Withdrawal | Complete | 0 | -35.21 | USD | Not a Pro Transfer | -5810.04 | PayPal - p***0@cp3o.com | |
| 6/4/2021 8:34 | USD Wallet | Withdrawal | Complete | 0 | -322.76 | USD | Not a Pro Transfer | 5575.17 | | |
| 6/5/2021 10:32 | USD Wallet | Withdrawal | Complete | 0 | -701.85 | USD | Not a Pro Transfer | -5575.17 | PayPal - p***0@cp3o.com | |
| 6/6/2021 11:24 | USD Wallet | Withdrawal | Complete | 0 | -1093.51 | USD | Not a Pro Transfer | 5399.18 | | |
| 6/8/2021 8:56 | USD Wallet | Withdrawal | Complete | 0 | -2239.86 | USD | Not a Pro Transfer | -5399.18 | PayPal - p***0@cp3o.com | |
| 6/9/2021 12:28 | USD Wallet | Withdrawal | Complete | 0 | -4033.72 | USD | Not a Pro Transfer | 5981.18 | | |
| 6/10/2021 10:20 | USD Wallet | Withdrawal | Complete | 0 | -4132 | USD | Not a Pro Transfer | -5981.18 | PayPal - p***0@cp3o.com | |
| 6/11/2021 9:23 | USD Wallet | Withdrawal | Complete | 0 | -4433.51 | USD | Not a Pro Transfer | 5958.69 | | |
| 6/12/2021 9:06 | USD Wallet | Withdrawal | Complete | 0 | -4726.22 | USD | Not a Pro Transfer | -5958.69 | PayPal - p***0@cp3o.com | |
| 6/13/2021 9:21 | USD Wallet | Withdrawal | Complete | 0 | -4335.43 | USD | Not a Pro Transfer | 6719.53 | | |

| Date | Account | Type | Status | Col5 | Amount | Currency | Description | Balance | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 6/14/2021 9:29 | USD Wallet | Withdrawal | Complete | 0 | -5277.94 | USD | Not a Pro Transfer | -6719.53 | PayPal - p***0@cp3o.com |
| 6/15/2021 9:36 | USD Wallet | Withdrawal | Complete | 0 | -4964.7 | USD | Not a Pro Transfer | 5230.92 | fba950b7328c836415d75fbf5cd862117524bc90979dc04de4580aa49fb9b16c |
| 6/16/2021 9:42 | USD Wallet | Withdrawal | Complete | 0 | -4650.68 | USD | Not a Pro Transfer | -5234.2 | |
| 6/17/2021 10:26 | USD Wallet | Withdrawal | Complete | 0 | -4614.95 | USD | Not a Pro Transfer | 5451.7 | |
| 6/18/2021 10:20 | USD Wallet | Withdrawal | Complete | 0 | -5076.1 | USD | Not a Pro Transfer | -5451.7 | PayPal - p***0@cp3o.com |
| 6/19/2021 19:12 | USD Wallet | Withdrawal | Complete | 4374.99 | -1000 | USD | Not a Pro Transfer | 5939.57 | 9e4572f3988efc20a69f55d9003c1fe69200f10508623fce06f66ed7763e421b |
| 6/20/2021 11:06 | USD Wallet | Withdrawal | Complete | 1000 | -8575.05 | USD | Not a Pro Transfer | -5895.61 | |
| 6/21/2021 9:56 | USD Wallet | Withdrawal | Complete | 0 | -1000 | USD | Not a Pro Transfer | 506.07 | 8b35008554830c5a84677baab193d727ca01598f8a44c1e67ff8d7388a1ec8e8 |
| 6/21/2021 10:53 | USD Wallet | Withdrawal | Complete | 0 | -6082.68 | USD | Not a Pro Transfer | -509.14 | |
| 6/22/2021 11:01 | USD Wallet | Withdrawal | Complete | 0 | -75 | USD | Not a Pro Transfer | 6408.68 | |
| 6/22/2021 11:04 | USD Wallet | Withdrawal | Complete | 0 | -1000 | USD | Not a Pro Transfer | -6408.68 | PayPal - p***0@cp3o.com |
| 6/23/2021 10:28 | USD Wallet | Withdrawal | Complete | 0 | -11729.36 | USD | Not a Pro Transfer | 6802.67 | eee5bee60a7672ed0b0772d319219afa8f4bc1e8730d3c1db67423b280ae8c5b |
| 6/24/2021 10:37 | USD Wallet | Withdrawal | Complete | 0 | -5630.82 | USD | Not a Pro Transfer | -6803.48 | |
| 6/25/2021 10:53 | USD Wallet | Withdrawal | Complete | 0 | -4948.66 | USD | Not a Pro Transfer | 6896.64 | |
| 6/28/2021 11:06 | USD Wallet | Withdrawal | Complete | 0 | -16176.84 | USD | Not a Pro Transfer | -6896.64 | PayPal - p***0@cp3o.com |
| 6/29/2021 11:21 | USD Wallet | Withdrawal | Complete | 0 | -6470.02 | USD | Not a Pro Transfer | 6279.84 | c8bc2d785f23a1025560dadf5d126ff79b60e0dcd8c7c220cc280a8e5fbf464e |
| 6/30/2021 11:17 | USD Wallet | Withdrawal | Complete | 0 | -6442.48 | USD | Not a Pro Transfer | -6292.72 | |
| 7/1/2021 11:41 | USD Wallet | Withdrawal | Complete | 0 | -6148.72 | USD | Not a Pro Transfer | 5982.98 | |
| 7/2/2021 11:15 | USD Wallet | Withdrawal | Complete | 0 | -5837.66 | USD | Not a Pro Transfer | -5982.98 | PayPal - p***0@cp3o.com |
| 7/6/2021 4:17 | USD Wallet | Withdrawal | Complete | 0 | -18043.53 | USD | Not a Pro Transfer | 6286.27 | 7222742d565e9cf03875fdef47d64fd5c4cd192fdccb52c78152d6f66e444b75 |
| 7/6/2021 13:17 | USD Wallet | Withdrawal | Complete | 0 | -7091.25 | USD | Not a Pro Transfer | -6288.8 | |
| 7/7/2021 11:57 | USD Wallet | Withdrawal | Complete | 0 | -6936.17 | USD | Not a Pro Transfer | 6310.26 | |
| 7/8/2021 12:16 | USD Wallet | Withdrawal | Complete | 0 | -6018.07 | USD | Not a Pro Transfer | -6310.26 | PayPal - p***0@cp3o.com |
| 7/9/2021 13:04 | USD Wallet | Withdrawal | Complete | 0 | -6332.8 | USD | Not a Pro Transfer | 5615.71 | 58c0faa518fa394e679533e9e7e7809144bb7469557adba58c56fa5cf9d55eb6 |
| 7/10/2021 12:35 | USD Wallet | Withdrawal | Complete | 0 | -5431.12 | USD | Not a Pro Transfer | -5666.23 | |
| 7/11/2021 17:48 | USD Wallet | Withdrawal | Complete | 0 | -5527.35 | USD | Not a Pro Transfer | 5647.41 | |
| 7/12/2021 12:53 | USD Wallet | Withdrawal | Complete | 0 | -5244.64 | USD | Not a Pro Transfer | -5647.41 | PayPal - p***0@cp3o.com |
| 7/13/2021 13:08 | USD Wallet | Withdrawal | Complete | 0 | -5222.91 | USD | Not a Pro Transfer | 5708.87 | d5e607773638c87068e64977054c05f3aa0ac372444a0efb5a86744f4256e66c |
| 7/14/2021 13:15 | USD Wallet | Withdrawal | Complete | 0 | -5688.79 | USD | Not a Pro Transfer | -5721.05 | |
| 7/15/2021 14:52 | USD Wallet | Withdrawal | Complete | 0 | -6010.8 | USD | Not a Pro Transfer | 181.65 | f13165263568777d65bbf2e0cbfd102efd21730887272aee5c01723f923b3cd0 |
| 7/16/2021 15:18 | USD Wallet | Withdrawal | Complete | 0 | -5657.53 | USD | Not a Pro Transfer | -181.27 | |
| 7/17/2021 14:56 | USD Wallet | Withdrawal | Complete | 0 | -5523.8 | USD | Not a Pro Transfer | 5827.64 | |
| 7/18/2021 16:43 | USD Wallet | Withdrawal | Complete | 0 | -4954.08 | USD | Not a Pro Transfer | -5827.64 | PayPal - p***0@cp3o.com |
| 7/19/2021 13:54 | USD Wallet | Withdrawal | Complete | 0 | -4741.78 | USD | Not a Pro Transfer | 6137.84 | |
| 7/20/2021 14:44 | USD Wallet | Withdrawal | Complete | 0 | -4739.82 | USD | Not a Pro Transfer | -6137.84 | PayPal - p***0@cp3o.com |
| 7/21/2021 14:26 | USD Wallet | Withdrawal | Complete | 0 | -5094.1 | USD | Not a Pro Transfer | 330.98 | 8ecb15395b2b9a8da3be53f45a93e59fe65c57831e77b31a6d59d045e5b34615 |
| 7/22/2021 14:40 | USD Wallet | Withdrawal | Complete | 0 | -5591.43 | USD | Not a Pro Transfer | -331.05 | |
| 7/23/2021 15:49 | USD Wallet | Withdrawal | Complete | 0 | -5810.04 | USD | Not a Pro Transfer | 1315.42 | |
| 7/24/2021 16:47 | USD Wallet | Withdrawal | Complete | 0 | -5575.17 | USD | Not a Pro Transfer | -1315.42 | PayPal - p***0@cp3o.com |
| 7/25/2021 14:48 | USD Wallet | Withdrawal | Complete | 0 | -5399.18 | USD | Not a Pro Transfer | 303.84 | c843b314bafeec16be11e5fd772c7fbd6faa9bba53178426f46e6eaf6b009392 |
| 7/26/2021 15:25 | USD Wallet | Withdrawal | Complete | 0 | -5981.18 | USD | Not a Pro Transfer | -302.36 | |
| 7/27/2021 17:08 | USD Wallet | Withdrawal | Complete | 0 | -5958.69 | USD | Not a Pro Transfer | 307.95 | |
| 7/28/2021 15:17 | USD Wallet | Withdrawal | Complete | 0 | -6719.53 | USD | Not a Pro Transfer | -307.95 | PayPal - p***0@cp3o.com |
| 7/30/2021 0:01 | USD Wallet | Withdrawal | Complete | 0 | -5451.7 | USD | Not a Pro Transfer | 613.06 | ad961cdb559d234c1e0fd93de5d0d0ccecba96089fbe484bbdd87330e26942a6 |
| 7/30/2021 16:18 | USD Wallet | Withdrawal | Complete | 0 | -6408.68 | USD | Not a Pro Transfer | -617.34 | |
| 7/31/2021 19:12 | USD Wallet | Withdrawal | Complete | 0 | -6896.64 | USD | Not a Pro Transfer | 902.64 | 9f92c61f67160897995ec5a5e44ecdddeef0ca834520e309b5216669163057ec |
| 8/1/2021 18:07 | USD Wallet | Withdrawal | Complete | 0 | -5982.98 | USD | Not a Pro Transfer | -902.25 | |
| 8/2/2021 16:18 | USD Wallet | Withdrawal | Complete | 0 | -6310.26 | USD | Not a Pro Transfer | 1540.98 | |
| 8/3/2021 15:35 | USD Wallet | Withdrawal | Complete | 0 | -5647.41 | USD | Not a Pro Transfer | -1540.98 | PayPal - p***0@cp3o.com |
| 8/4/2021 17:00 | USD Wallet | Withdrawal | Complete | 0 | -5827.64 | USD | Not a Pro Transfer | 430.13 | f56ef4cb947333e7279f8139cf47da328d8ea0782b52c49528af9ae2dc9c2670 |
| 8/7/2021 9:09 | USD Wallet | Withdrawal | Complete | 0 | -6137.84 | USD | Not a Pro Transfer | -429.67 | |
| 8/23/2021 9:12 | USD Wallet | Withdrawal | Complete | 0 | -1315.42 | USD | Not a Pro Transfer | 69.48 | c1a975f9fce2200de736c73a2a716f76c43ce0c7dd8313bfc599aebbd855b6dc |
| 8/26/2021 14:13 | USD Wallet | Withdrawal | Complete | 0 | -307.95 | USD | Not a Pro Transfer | -69.44 | |

| Date | Wallet | Type | Status |  | Amount | Transfer | Net | Source |
|---|---|---|---|---|---|---|---|---|
| 8/28/2021 1:24 | USD Wallet | Withdrawal | Complete | 0 | -1540.98 USD | Not a Pro Transfer | 497.26 | |
| 8/29/2021 17:37 | USD Wallet | Withdrawal | Complete | 0 | -497.26 USD | Not a Pro Transfer | -497.26 | PayPal - p***0@cp3o.com |
| | | | **SUM =** | | **-973723.78** | | | |